# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

Clifford W. Taylor,
Chief Justice

134166 & (41)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARY ORR,
       Plaintiff-Appellant,

v

                                              SC: 134166
                                              COA: 276809

WILSHIRE CREDIT CORPORATION,
       Defendant-Appellee.
                                              Wayne CC: 06-601383-CH

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the May 18, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

d0723

                                                Clerk